## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SHASTIN JENKINS**                                    **CIVIL ACTION**

**VERSUS**                                             **NO.  26-115**

**THE KRAFT HEINZ COMPANY, ET AL.**                    **SECTION "O"**

## ORDER

**IT IS ORDERED** that the notice[1] to voluntarily dismiss without prejudice is **GRANTED**. All claims of Plaintiff Shastin Jenkins against all Defendants are dismissed without prejudice. Each party will bear its own costs.

New Orleans, Louisiana, this 30th day of March, 2026.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 5.